683 A.2d 555

IN THE MATTER OF STEPHEN D. BROWN,
AN ATTORNEY AT LAW.

October 29, 1996.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **STEPHEN D. BROWN** of **EAST ORANGE,** who was admitted to the bar of this State in 1986, and who was suspended from the practice of law for a period of three months by Order of this Court dated June 28, 1996, be restored to the practice of law, effective immediately, and it is further

ORDERED that **STEPHEN D. BROWN** continue to participate in and attend regular meetings of Alcoholics Anonymous and Narcotics Anonymous for a period of one year and until further Order of the Court, and provide quarterly reports to the Office of Attorney Ethics confirming said participation.